UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND<br><br>PLAINTIFF(S)<br><br>vs.<br><br>KRM DRYWALL & PAINTING, INC<br><br>DEFENDANT(S) | COURT DATE:<br><br>Case No.<br>1:06CV00651<br><br>AFFIDAVIT OF SERVICE OF:<br>SUMMONS & COMPLAINT |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On **Apr 21, 2006**, at **5:41 PM**, I served the above described documents upon **KRM DRYWALL & PAINTING, INC** as shown below:

**CORPORATE SERVICE** was made by leaving a true and correct copy of the documents with **DAVID LARSON / PRESIDENT**, an officer, managing agent or authorized agent of the within named company.

Said service was effected at **7539 DOROTHY LANE, TINLEY PARK, IL 60477**.

**DESCRIPTION:** Gender: **M**  Race: **WHITE**  Age: **50**  Hgt: **5'10"**  Wgt: **175**  Hair: **SALT/PEPPER**  Glasses: **NO**

I declare under penalties of perjury that the information contained herein is true and correct to the best of my knowledge.

_/s/ Karen Crohan_
**Karen Crohan**, Lic #: 117-001119
**Judicial Attorney Services, Inc.**
**2100 Manchester Rd., Ste 301**
**Wheaton, IL 60187**
**(630) 221-9007**

SUBSCRIBED AND SWORN to before me this 24th day of April, 2006

_/s/ Joan C. Harenberg_
NOTARY PUBLIC

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/13/09

CLIENT NAME:
Legal Errands, Inc.
FILE #:

ORIGINAL PROOF OF SERVICE

TRACKING #
23991