UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 06-00651 (RCL) ) |
| KRM DRYWALL & PAINTING, INC., | ) ) ) |
| Defendant. | ) |

## ORDER

Since default has been entered by the Clerk, plaintiff shall, within 10 days of this date of this order, file a motion for entry of judgment thereon, or show cause why a motion for default judgment has not been filed, or the complaint will be dismissed without prejudice pursuant to Local Civil Rule 83.23.

SO ORDERED.

**SIGNED BY ROYCE C. LAMBERTH, U.S. DISTRICT JUDGE ON June 1, 2006**