UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 06-0651 (RCL) ) |
| KRM DRYWALL & PAINTING, INC., | ) ) ) |
| Defendant. | ) ) |

## ORDER

Since proof of service has been filed and defendant has failed to respond, accordingly, it is hereby

ORDERED, that within 10 days of the date of this order plaintiff shall cause default to be entered by the Clerk and apply for entry of judgment thereon, or show cause why a motion for default judgment has not been filed, or the complaint will be dismissed without prejudice pursuant to Local Civil Rule 83.23.

SO ORDERED.

Signed by Royce C. Lamberth, U.S. District Judge, June 1, 2006.