## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

INTERNATIONAL PAINTERS AND ALLIED           )
TRADES INDUSTRY PENSION FUND                )
                                            )
                          Plaintiff,        )  CIVIL ACTION NO. 06-651(RCL)
          v.                                )
                                            )
KRM DRYWALL & PAINTING, INC.                )
                                            )
                          Defendant         )

### REQUEST TO CLERK TO ENTER DEFAULT
### PURSUANT TO FED. R. CIV. PRO. 55(a)

You will please enter a default on Defendant, KRM Drywall & Painting, Inc., for failure

to plead or otherwise defend in accordance with the Federal Rules of Civil Procedure and as

provided in Rule 55(a) of the Federal Rules of Civil Procedure as appears in the attached

Declaration of Sanford G. Rosenthal.

                          Respectfully submitted,

                          JENNINGS SIGMOND, P.C.

                          BY:/s/ Sanford G. Rosenthal
                          SANFORD G. ROSENTHAL, ESQUIRE
                          (I.D. NO. 478737)
                          The Penn Mutual Towers, 16th Floor
                          510 Walnut Street, Independence Square
                          Philadelphia, PA 19106-3683
                          (215) 351-0611
Date: June 2, 2006        Attorney for Plaintiff

168687-1