## CERTIFICATE OF SERVICE

I, SANFORD G. ROSENTHAL, ESQUIRE, state, under penalty of perjury, that the foregoing Request to Clerk to Enter Default Pursuant to Fed. R. Civ. Pro. 55(a) was served by mailing same first class mail, postage prepaid, on the date listed below to:

> KRM Drywall & Painting, Inc.
> 7539 Dorothy Lane
> Tinley Park, IL 60477

Date: June 2, 2006            BY:/s/ Sanford G. Rosenthal
                                              SANFORD G. ROSENTHAL, ESQUIRE

168687-1