Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

INTERNATIONAL PAINTERS AND ALLIED
TRADES INDUSTRY PENSION FUND

    Plaintiff(s)

  V.

Civil Action No. 06-651 (RCL)

KRM DRYWALL & PAINTING, INC.

    Defendant(s)

RE: KRM DRYWALL & PAINTING, INC.

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on April 21, 2006, and an affidavit on behalf of the plaintiff having been filed, it is this 5th day of June, 2006 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____
              Deputy Clerk