IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND<br><br>          Plaintiff,<br>v.<br><br>KRM DRYWALL & PAINTING, INC.<br><br>          Defendant | )<br>)<br>)<br>) CIVIL ACTION NO. 06-651(RCL)<br>)<br>)<br>)<br>)<br>)<br>) |

### DECLARATION OF SANFORD G. ROSENTHAL, ESQUIRE

Sanford G. Rosenthal, Esquire, declares and states the following:

1. I am a shareholder in the law firm of Jennings Sigmond and presently serve as counsel to the International Painters and Allied Trades Industry Pension Fund ("Pension Fund") in this case. I graduated from The Dickinson School of Law in 1983 and was admitted as a member of the Bar of the District of Columbia on August 5, 2002. I have been a member of the Pennsylvania Bar since 1983. I have represented employee benefit plans such as the Pension Fund since 1983. In that capacity, I have litigated numerous cases involving employers who have failed to pay pension contributions. I am submitting this Declaration to document the attorneys' fees and costs which the Pension Fund has incurred in this case through June 6, 2006.

2. Attached as Exhibit 3 is an itemized statement detailing the attorney's fees and costs incurred by the Pension Fund through June 6, 2006, in connection with collecting

168712-1



delinquent contributions and other amounts from Defendant, KRM Drywall & Painting, Inc.

Based upon my review of Exhibit 3, the Fund has incurred $2,427.31 in attorneys' fees and costs.

> I declare under penalty of perjury in accordance with 28 U.S.C. §1746 that the foregoing is true and correct to the best of my knowledge, information and belief

Date: June 6, 2006

s/Sanford G. Rosenthal
SANFORD G. ROSENTHAL, ESQUIRE