IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED<br>TRADES INDUSTRY PENSION FUND | ) <br> ) <br> ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 06-651(RCL) |
| v. | ) <br> ) | |
| KRM DRYWALL & PAINTING, INC. | ) <br> ) | |
| Defendant | ) | |

**JENNINGS SIGMOND ATTORNEYS' FEES – June 2006**

| Jessica L. Tortella, Esquire | JLT | Catherine T. Morton, Paralegal | CTM |
|---|---|---|---|
| Sanford G. Rosenthal, Esquire | SGR | | |

| **Date** | **Attorney** | **Task** | **Time** |
|---|---|---|---|
| 6/2/06 | JLT | Review Orders from Court<br>Preparation of Correspondence to P. Burris (x4)<br>Review of Correspondence from P. Burris (x4)<br>Review Correspondence from P. Burris; Review of<br>Delinquency Report; Preparation of Request for Clerk's<br>Entry of Default; Preparation of Default Motion;<br>Preparation of Exhibits;<br>Calculation of Attorneys' Fees and Cost<br>Preparation of Supporting Affidavits | 5.8 |
| 6/5/06 | JLT | Review and Revision of Default Motion<br>Preparation of Correspondence to T. Montemore | 0.4 |
| | | Total: | 6.2 |

**June 2006 Summary**
JLT    6.2 Hrs x $200.00    =    $ 1,240.00

Fees & Costs       4/06-5/06    =    $ 1,187.31

Grand Total:    $ 2,427.31

168712-1

EXHIBIT

# Jennings Sigmond, P.C.
## Time And Expense Details

| Report ID: OT2025 - 5543 | | | | | | | Printed By SLG |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Friday, June 02, 2006 | | | | | | | Page 1 |

| Client | Client Reporting Name | Matter | Matter Reporting Name | | | Billing Timekeeper |
| --- | --- | --- | --- | --- | --- | --- |
| PTINTF | IUPAT Industry Pension Fund | 27893 | K R M Drywall & Painting, Inc. | | | Sigmond, Richard B. |

Beginning To End

### Unbilled Time

| Date | Timekeeper | Hours Worked | Hours To Bill | Rate | Amount | Task | Activity | Narrative |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 5/2/2006 | JLT | 0.40 | 0.40 | 200.00 | $80.00 | | | Review of Affidavit of Service |

**Unbilled Time Totals** 0.40  0.40  $80.00

### Unbilled Expenses

| Date | | | | Amount | Exp Code | | | Narrative |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 5/4/2006 | | | | $103.10 | 7100 | | | Service Fee |

**Unbilled Expenses Totals** $103.10

### Billed Time

| Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount | Task | Activity | Narrative |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 3/23/2006 | SGR | 0.40 | 0.40 | 200.00 | $80.00 | | | Review of Correspondence from Fund regarding New Delinquency Case |
| | | | | | | | | Review of Documents |
| | | | | | | | | Preparation of Litigation Memo |
| 4/3/2006 | JLT | 2.20 | 2.20 | 200.00 | $440.00 | | | Review of File |
| | | | | | | | | Computer Research Regarding Company Status |
| | | | | | | | | Review of Dunn and Bradstreet |
| | | | | | | | | Preparation of Complaint |
| 4/4/2006 | SGR | 0.20 | 0.20 | 200.00 | $40.00 | | | Review of Complaint |
| 4/10/2006 | CTM | 0.10 | 0.10 | 70.00 | $7.00 | | | Review of Electronic Court Documents regarding Complaint and Summons |
| 4/17/2006 | JLT | 0.40 | 0.40 | 200.00 | $80.00 | | | Phone Conference with J. O'Donovan (x2) |
| | | | | | | | | Review of Documents Regarding Addresses |

**Billed Time Totals** 3.30  3.30  $647.00

### Billed Expenses

| Date | Amount | Exp Code | Narrative |
| --- | --- | --- | --- |
| 4/1/2006 | $72.90 | CRDB | Computer Research - Dun & Bradstreet |
| 4/1/2006 | $2.79 | PO | Postage Charges |
| 4/1/2006 | $14.08 | PO | Postage Charges |
| 4/6/2006 | $250.00 | 7100 | Filing Fee |
| 4/8/2006 | $12.96 | SD | Special Delivery |
| 4/13/2006 | $4.48 | COPY | Photocopies |

# Jennings Sigmond, P.C.
## Time And Expense Details

Report ID:  OT2025 - 5543
Friday, June 02, 2006

Printed By   SLG
Page    2

Beginning To End

| Report Totals | Hours Worked | Hours To Bill | Fee Amount | Expense Amount | Total Amount |
|---|---|---|---|---|---|
| | 3.70 | 3.70 | $727.00 | $460.31 | $1,187.31 |

Billed Expenses Totals     $357.21

*** End Of Report ***