## CERTIFICATE OF SERVICE

I hereby certify this 6th day of June 2006, that I caused to be served a copy of the foregoing Motion for Entry of Judgment by Default, Memorandum of Points and Authorities in Support thereof, Declaration of Thomas C. Montemore, Declaration of Sanford G. Rosenthal and proposed Default Judgment by sending a copy of same via U.S. Mail, postage-prepaid to:

KRM Drywall & Painting, Inc.
7539 Dorothy Lane
Tinley Park, IL 60477

DATE: June 6, 2006                                     s/ Sanford G. Rosenthal
                                                       SANFORD G. ROSENTHAL, ESQUIRE

166705-1